UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL VAN AUKEN,

   Plaintiff,

v.   Case No: 8:15-cv-1631-T-36MAP

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.
_____/

# **ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on June 3, 2016 (Doc. 17).   In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Commissioner's decision be affirmed and the complaint be dismissed. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).   No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

   **ORDERED AND ADJUDGED**:

   (1)   The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

   (2)   The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on June 21, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record